### Claude E. PARNELL, Appellant,

v.

**Pat SMITH, Asst. Supt.; Fred Johnson, FUM; Dr. Steven Crawford; Unknown Montgomery, C.O.I.; Unknown Rhodes, C.O.I.; Unknown Barnouse, (All being sued in both their individual and official capacities); Unknown Nixson, Disciplinary Hearing Official, Appellees.**

No. 02–3821.

United States Court of Appeals, Eighth Circuit.

Submitted July 1, 2003.

Decided Aug. 5, 2003.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Missouri inmate Claude Parnell appeals the district court's[1] adverse grant of sum-

mary judgment in his 42 U.S.C. § 1983 action against defendant corrections officials and officers. Having carefully reviewed the record de novo, we conclude the district court properly granted summary judgment, and did not abuse its discretion in its rulings on discovery and Parnell's motion for appointed counsel. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.